Tanya E. Moore, Esq., SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
DANIEL DELGADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>           Plaintiff,<br><br>     vs.<br><br>BJ'S FOOD AND LIQUOR 2 INC., et al.,<br><br>           Defendants. | No.  1:10-CV-01442-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendants BJ's Food and Liquor 2 Inc., Devendra S. Bawa, and Vidya Kumari Bawa, the parties to this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: February 8, 2011                                               MOORE LAW FIRM, P.C.


                                                                                    /s/Tanya E. Moore
                                                                                    Tanya E. Moore
                                                                                    Attorney for Plaintiff

*Delgado v. BJ's Food and Liquor 2 Inc., et al.*
Stipulation for Dismissal

Page 1

Dated: February 2, 2011              PASCUZZI, MOORE & STOKER


                                     /s/ Trina L. Root
                                     Attorneys for Defendants

**<u>ORDER</u>**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice <u>in its entirety</u>.


Dated:  February 7, 2011             /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE

---

*Delgado v. BJ's Food and Liquor 2 Inc., et al.*
Stipulation for Dismissal

Page 2